**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| DAVID SAMPSON,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY, and ROE CORPORATIONS I - V, inclusive, and DOES I through V,<br><br>　　　　　Defendant(s). | 2:22-cv-00588-GMN-VCF<br><br>**ORDER** |

Before the court is the motion to stay discovery (ECF NO. 17).

Accordingly,

IT IS HEREBY ORDERED that a video conference hearing on the motion to stay discovery (ECF NO. 17) is scheduled for 3:00 PM, July 7, 2022, before Judge Cam Ferenbach.

IT IS FURTHER ORDERED that counsel/the parties must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, July 6, 2022.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.

1

1 • Do not have others in the video screen or moving in the background.

2 • No recording of the hearing.

3 • No forwarding of any video conference invitations.

4 • Unauthorized users on the video conference will be removed.

5 DATED this 17th day of June 2022.

6 _____
CAM FERENBACH
7 UNITED STATES MAGISTRATE JUDGE