McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  jonathan.carlson@mccormickbarstow.com
Frank A Toddre, II
Nevada Bar No. 11474
  frank.toddre@mccormickbarstow.com
Henry H Kim
Nevada Bar No. 14390
  henry.kim@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO GENERAL INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID SAMPSON, individually, | Case No. 2:22-cv-00588-GMN-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| GEICO GENERAL INSURANCE COMPANY, and ROE CORPORATIONS I - V, inclusive, and DOES I through V, | |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice and that all pending motions with the Court are withdrawn as moot.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Case No. 2:22-cv-00588-GMN-VCF

Re: <u>David Sampson v. Geico General</u>
Case No. 2:22-cv-00588-GMN-VCF

Each party will bear their own costs and attorneys' fees.

DATED this 25 day of July, 2022

LAW OFFICE OF DAVID SAMPSON

By: _____
David Sampson
Nevada Bar No. 6811
630 S. 3rd Street
Las Vegas, NV 89101
702-605-1099
Attorney for Plaintiff

DATED this 4th day of ~~July~~ August, 2022

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: /s/ Jonathan W. Carlson
Jonathan W. Carlson
Nevada Bar No. 10536
Frank A Toddre, II
Nevada Bar No. 11474
Henry H Kim
Nevada Bar No. 14390
Attorneys for GEICO GENERAL INSURANCE COMPANY

**IT IS SO ORDERED.**

Dated this 6 day of August, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

8537701.1